**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:13-cr- 80**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **WINCY JOSEPH,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

     **THIS MATTER** is before the Court upon Defendant Wincy Joseph's handwritten letter to the Court, filed on July 7, 2014. (Doc. 51). Defendant describes this letter as his "notice of appeal," but also requests to be transferred from Caldwell County Jail to Mecklenburg County Jail. In the final sentence of the letter, Defendant also references alleged interactions with jury members.

     On June 18, 2014, Defendant was assigned counsel. (Doc. 50). "[T]he Court will not ordinarily entertain a motion filed by a criminal defendant who is still represented by counsel." U.S. Dist. Ct. Rules W.D.N.C., Local Rule 47.1(H). Although exceptions are permitted under Local Rule 47.1(H), these facts are not appropriate for such an exception. Defendant is directed to confer with appointed counsel regarding the merits of any potential motions.

     **IT IS, THEREFORE, ORDERED** that Defendant Wincy Joseph's Motion to be transferred is **DENIED.**

Signed: July 10, 2014

Richard L. Voorhees
United States District Judge